IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| WESTON FARRIS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 4:16-CV-01384 |
| | § | |
| PRIVACY PATROL, LLC | § § | JURY DEMANDED |
| Defendant. | § § § | |

### PLAINTIFF WESTON FARRIS' NOTICE OF DISMISSAL

Plaintiff Weston Farris (hereinafter "plaintiff") files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1.  Plaintiff is Weston Farris; defendant is Privacy Patrol, LLC (hereinafter "defendant").

2.  On April 12, 2016, plaintiff sued defendant in the Justice Court of Fort Bend County, Precinct 3.

3. On or about May 17, 2016, defendant removed the case to the United States District Court for the Southern District of Texas.

4. Defendant has been served with process and has not served an answer or motion for summary judgment.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under rule 23.2

6. A receiver has not been appointed in this case

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

_____
Weston Farris
Plaintiff, pro se
4843 Claridge Park Ln.
Katy, TX 77494
Telephone: 281-816-6767
Email: wes.farris@thegazelle.net
June 10, 2016

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed in compliance with the Local Rules, as well as the Federal Rules of Civil Procedure. As such, this pleading was served on the lead attorney via USPS first class mail, RRR at the following address:

Michael John Ramirez
2100 Ross Avenue
Ste 2800
Dallas, TX 75021.

_____
Weston Farris