United States District Court
Southern District of Texas
**ENTERED**
June 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTON FARRIS, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-16-01384 |
| | § |
| PRIVACY PATROL, LLC, | § |
| | § |
| Defendant. | § |

### ORDER ON NOTICE OF DISMISSAL

The notice of dismissal before an answer or motion for summary judgment terminates the case. FED. R. CIV. P. 41(a)(1)(B). This case is dismissed without prejudice.

SIGNED on June 21, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge